

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00073-CR

———————————————

SERGIO GUADAL MARESMARTINEZ, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 372nd District Court
Tarrant County, Texas
Trial Court No. 1665547

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

Appellant Sergio Guadal Maresmartinez attempts to appeal his conviction for two counts of sexual assault of a child and two counts of indecency with a child by sexual contact. *See* Tex. Penal Code Ann. §§ 21.11, 22.011(a)(2). Maresmartinez's sentence was imposed on June 29, 2023. He did not file a motion for new trial, making his notice of appeal due by July 31, 2023. *See* Tex. R. App. P. 26.2(a); *see also* Tex. R. App. P. 4.1 (extending filing deadline when last day falls on a Saturday or Sunday). However, Maresmartinez did not file his notice of appeal until February 27, 2026, making it untimely. *See* Tex. R. App. P. 26.2(a).

We notified Maresmartinez of our concern that we lack jurisdiction over this appeal because his notice of appeal was untimely. We warned him that unless he filed a response showing grounds for continuing the appeal, it could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 44.3. Maresmartinez filed a response, but it does not show grounds for continuing the appeal.[1]

Because Maresmartinez's appeal was untimely and because a timely notice of appeal is an essential component of our jurisdiction, we dismiss this appeal for want

---

[1]In his response, Maresmartinez asserts that he has filed an Article 11.07 application for writ of habeas corpus requesting an out-of-time appeal. *See* Tex. Code Crim. Proc. Ann. art. 11.07. But because the Court of Criminal Appeals has not ruled on his application or granted him permission to file an out-of-time appeal, his February 27, 2026 notice of appeal was untimely, and we do not have jurisdiction over this appeal. *See Hess v. State*, No. 05-00-00653-CR, 2000 WL 1711749, at *1 (Tex. App.—Dallas Nov. 14, 2000, no pet.) (mem. op., not designated for publication); *cf. Ford v. State*, No. 06-24-00061-CR, 2024 WL 2279844, at *1 n.2 (Tex. App.—Texarkana May 21, 2024, no pet.) (mem. op., not designated for publication).

of jurisdiction. *See* Tex. R. App. P. 26.2(a), 43.2(f); *Slaton v. State*, 981 S.W.2d 208, 210

(Tex. Crim. App. 1998).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: April 16, 2026